R. H. MACY & CO., Inc., L. Bamberger & Co., Davison-Paxon Co., and The La-Salle & Koch Company, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant-Appellee.

No. 47, Docket 27452.

United States Court of Appeals Second Circuit.

Argued Jan. 7, 1963.

Decided Jan. 16, 1963.

Donald B. Smiley, New York City (Marvin Fenster and Nathan Dreizen, New York City, on the brief), for plaintiffs-appellants.

Robert Arum, Asst. U. S. Atty., S.D. N.Y., New York City (Robert M. Morgenthau, U. S. Atty., New York City, on the brief), for defendant-appellee.

Before CLARK, KAUFMAN and HAYS, Circuit Judges.

PER CURIAM.

The judgment for the defendant is affirmed on the authority of R. H. Macy & Co. v. United States, 2 Cir., 255 F.2d 884, rehearing denied 255 F.2d 890, cert. denied 358 U.S. 880, 79 S.Ct. 119, 3 L.Ed. 2d 110, affirming denial of refund to these same taxpayers for their income taxes for 1942.